UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

MANN DWAYNE DAVIS,

    Plaintiff,

v.

YVONNE WHITLEY et al.,

    Defendants.

_____/

Case No. 2:22-cv-48

Honorable Maarten Vermaat

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: December 28, 2022

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge